In the Matter of the CROSSING OF JAMES STREET IN CITY OF ONEIDA over the Tracks of the NEW YORK CENTRAL RAILROAD.

NEW YORK CENTRAL RAILROAD COMPANY, Appellant; CITY OF ONEIDA, Respondent.

Argued October 1, 1937; decided October 19, 1937.

*C. D. Phillips* for appellant.

*Frank R. Nemeti, City Attorney,* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.